## FIRST CONSTITUTION BANK *v.* GREAT OAK FARM ASSOCIATES ET AL.
### (11318)

O'CONNELL, LANDAU and HEIMAN, Js.

Argued September 23—decision released October 13, 1992

*Daniel Shepro,* with whom, on the brief, was *Ann Marie Kent,* for the appellant (defendant Pat DiNardo).

*Susan S. Chambers,* with whom, on the brief, was *Anthony M. Fitzgerald,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed and the case is remanded for the purpose of setting new law days.